
FILED
U.S. ...
JUL 23 2018
... DISTRICT OF CAL...

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Stacy Berry, DEFENDANT(S). | CASE NUMBER CR18-442 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __July 26__, __2018__, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __Erk__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/23/18__

U.S. District Judge/Magistrate Judge